IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIRK L. HANSEN,** | ) | Case No. 8:07CV436 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **LABORATORY CORPORATION OF AMERICA,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Stipulation for Dismissal, with prejudice.

Upon review of the Stipulation, and being duly advised in the premises, this Court finds the Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter be and hereby is dismissed, with prejudice, each side to bear his or its own attorney fees and costs.

Dated this 16th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

Prepared by:

Patrick M. Flood, #19042
Emily L. Jung, #23080
HOTZ, WEAVER, FLOOD, BREITKREUTZ
 & GRANT
444 Regency Parkway Drive, Suite 310
Omaha, NE  68114
(402) 397-1140
(402) 397-1199 (facsimile)
Attorneys for Plaintiff